COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| TIMOTHY MURRAY, | § | No. 08-16-00186-CR |
| Appellant, | § | Appeal from the |
| v. | § | 299th District Court |
| THE STATE OF TEXAS, | § | of Travis County, Texas |
| State. | § | (TC# D-1-DC-15-203175) |
|  | § |  |

## O R D E R

Pending before the Court is Appellant's *pro se* motion to dismiss appointed counsel. Because it is unclear from the motion whether Appellant is requesting the appointment of a different attorney or if he intends to represent him on appeal, the Court asked Appellant to clarify his request. In his response, Appellant states that he wishes to proceed *pro se* on appeal "for now" until he needs the assistance of appointed counsel or his family has retained counsel to represent him. This statement does not constitute a clear, unequivocal, and unconditional request for self-representation. Accordingly, the motion to dismiss counsel is DENIED.

IT IS SO ORDERED this 8th day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.